UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

CIVIL NO. 2:07cv2712 GEB GGH

V.

Iran Contra Affair; Oliver L. North; Lawrence E. Walsh; John M. Poindexter; Robert McFarlane; George Shultz; Richard V. Secord; Albert Hakim; Clair E. George; Boland Amendment; Sandinista,
Defendants

## Complaint

"42 USC 1983 / Trading with the Enemy / Civil Rights / Forced Labor"

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, under 42 USC 1983. I seek $100 million dollars. Oliver North is masterminding my kidnapping. I'm being sent to the North Pole for christmas. I have to tape presents without gloves outside. I have to drink ice cold Red Bull to stay awake. Then I have to sew and stitch Sandinista uniforms. Defendants are using Michael Vicks dogs as Bob sledders across the frozen tundra. Then I have to fight the war on Global warming at the Equator in Africa. In a winter jacket and leg warmers looking for uranium from Niger. I have to wear red in L.A. Crips neighborhoods. I have to walk around Iraq in a Nicholas Berg mask. I'm at FCI Williamsburg serving time for identity theft. My rights are being violated. I got frost bite. Gum disease. Defendants took parole away. Defendants know where Jimmy Hoffa is.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg     843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully Submitted
Jonathan Lee Riches©