1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JONATHAN LEE RICHES,

11            Plaintiff,                        No. CIV S-07-2712 GEB GGH P

12       vs.

13   OLIVER L. NORTH, et al.,

14            Defendants.                       FINDINGS AND RECOMMENDATIONS

15   _____/

16            Plaintiff, a federal prisoner in South Carolina, has named as defendants "Iran

17   Contra Affair"; Oliver North, Lawrence Walsh, John Poindexter, George Schultz, "Sandinista,"

18   etc.  Plaintiff seeks one hundred million dollars because putative defendant North is

19   "masterminding my kidnapping," and he states that he is being sent to the North Pole.  Plaintiff,

20   no stranger to completely frivolous lawsuits - - - see, among many, e.g., Riches v. Couric, 07-

21   2656 GEB DAD P; Riches v. Ohio State Buckeyes, 07-2662 MCE GGH P; Riches v. Dick Clark,

22   07-2711 FCD EFB P - - - has, as is his custom in filing his putative lawsuits, once again failed to

23   pay the filing fee or to provide the appropriate in forma pauperis affidavit.  See 28 U.S.C.

24   §§ 1914(a), 1915(a).  Moreover, plaintiff fails to show that this is an appropriate venue for

25   whatever order he seeks, see 28 U.S.C. § 1391 et seq., or that he has a claim that is, even

26   remotely, cognizable, 28 U.S.C. § 1330 et seq.

1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be summarily

2 dismissed with prejudice as wholly frivolous.  See 28 U.S.C. § 1915A(b)(1).

3    These findings and recommendations are submitted to the United States District

4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

5 days after being served with these findings and recommendations, plaintiff may file written

6 objections with the court and serve a copy on all parties.  Such a document should be captioned

7 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8 failure to file objections within the specified time may waive the right to appeal the District

9 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10 DATED: 04/28/08

                                        /s/ Gregory G. Hollows

11
                                        _____
                                        GREGORY G. HOLLOWS
12                                      UNITED STATES MAGISTRATE JUDGE

13 GGH:009
   rich2712.fr
14

15

16

17

18

19

20

21

22

23

24

25

26